ANDERSON *v.* COOK & ALEXANDER.

LITTLE, J. 1. Where a head of a family, to whom an exemption of personalty had been set apart, purchased on credit and obtained title to a wagon, and it appears that in so doing he did not part with any exempted personalty, the wagon became immediately subject to the lien of an existing judgment against the purchaser, and this lien was not divested by reason of the fact that he subsequently made a partial payment upon the purchase-price of the wagon with money made by hauling therewith.

2. Upon the facts recited, the wagon was, in the magistrate's court, rightly adjudged subject to the judgment, and there was no error in refusing to sanction a petition for certiorari alleging to the contrary.

*Judgment affirmed. All the Justices concurring.*

Argued May 23, — Decided June 7, 1898.

Levy and claim — certiorari. Before Judge Candler. Clayton county. December 20, 1897.

*John B. Hutcheson,* for plaintiff in error.
*John D. Humphries,* contra.